**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* ______ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Illicit Elixirs, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

DBA Drink Happy Thoughts

**3. Debtor's federal Employer Identification Number** (EIN)

88-4156368

**4. Debtor's address**

**Principal place of business**

4190 Vinewood Lane North Suite 111-571
Plymouth, MN 55442
Number, Street, City, State & ZIP Code

Hennepin
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Inventory located at: TCB Global (Las Vegas, NV) DXL 3PL, LLC - (Brownsburg, Indiana); & Consignment (Los Angeles, CA)
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

https://drinkhappythoughts.com/

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor Illicit Elixirs, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor Illicit Elixirs, LLC — Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Illicit Elixirs, LLC
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026
MM / DD / YYYY

*X* /s/ James Wood
Signature of authorized representative of debtor

James Wood
Printed name

Title Director

**18. Signature of attorney**

*X* /s/ Ryan T. Murphy
Signature of attorney for debtor

Date July 23, 2026
MM / DD / YYYY

Ryan T. Murphy 311972
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone 612.492.7000 Email address

311972 MN
Bar number and State

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026

*X* /s/ James Wood
Signature of individual signing on behalf of debtor

James Wood
Printed name

Director
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | 525,043.24 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | 525,043.24 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | 874,637.01 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 874,637.01 |

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. **Cash on hand** | | | | $0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | JP Morgan Chase | Checking | 5765 | $10,320.00 |
| 3.2. | JP Morgan | Checking | 0928 | $9,062.24 |
| 3.3. | Pioneer Bank | Checking | 3929 | $5,865.39 |
| 4. **Other cash equivalents** *(Identify all)* | | | | |
| 5. **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | | $25,247.63 |

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor Illicit Elixirs, LLC Case number *(If known)*
Name

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. Prepaid advertising credit $2,723.82

9. **Total of Part 2.** $2,723.82
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: 182,297.31 (face amount) - 13,463.52 (doubtful or uncollectible accounts) =.... $168,833.79

12. **Total of Part 3.** $168,833.79
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Inventory - Raw Materials - Located at Cold Storage and Great Lakes Brewing | | $0.00 | Comparable sale | $32,550.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Debtor Illicit Elixirs, LLC Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| Beverage Product Inventory located: TCB Global - 6251 Howdy Wells Ave, Ls Vegas, NV 89115 DXL 3PL, LLC - 9915 Lacy Knot Dr Ste 100, Brownsburg, IN 46112 Tenance Incubation Beverage & Food Distribution Consignment - 970 E Orangthorpe Ave #F, Anaheim, CA 92801 | | $0.00 | | $169,716.00 |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| Inventory - POS/Other (coolers, refirgerators, packaging, and POS Displays) | | $0.00 | | $125,972.00 |

23. **Total of Part 5.** $328,238.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

Debtor Illicit Elixirs, LLC Case number *(If known)*
Name

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Brand, beverage formulation, and trademarks | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** | | | |
| | https://drinkhappythoughts.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Customer mailing lists | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor Illicit Elixirs, LLC
Name

Case number *(If known)*

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,247.63 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,723.82 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $168,833.79 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $328,238.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $525,043.24 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $525,043.24 |

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Franchise Tax Board<br>Business Bankruptcy MS A345<br>PO Box 2952<br>Sacramento, CA 95812-2952 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Indiana Department of Revenue<br>PO Box 6197<br>Indianapolis, IN 46206-6197 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor Illicit Elixirs, LLC
Name
Case number (if known)

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
MN Department of Revenue
Collection Division
PO Box 64564
St. Paul, MN 55164-0564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
5x5 Marketing
421 Via Almar
Palos Verdes Estates, CA 90274

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$26,000.00

---

**3.2** **Nonpriority creditor's name and mailing address**
American Express
PO Box 96001
Los Angeles, CA 90096-8000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3** **Nonpriority creditor's name and mailing address**
Andrew Redleaf
3033 Excelsior Blvd Suite 343
Minneapolis, MN 55416

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

Debtor Illicit Elixirs, LLC Case number (if known)
Name

**3.4** **Nonpriority creditor's name and mailing address**
Angela Palermo
6227 Wilkinson Ave
North Hollywood, CA 91606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $750.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Arcon Solutions
1284 Corporate Center Dr #175
Eagan, MN 55121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,548.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Atkinson Marketing LLC
5724 Mount Sanitas Ave
Longmont, CO 80503
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Bottomline CFO Services, LLC
14740 51st Ave N
Plymouth, MN 55446
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Breakthru Beverage Nevada Beer, LLC
PO Box 13166
Baltimore, MD 21203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,502.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Brian Brueckmann
91 Goats Creek Lane
Cle Elum, WA 98922
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Central Graphics & Container Group Ltd.
5526 Timberlea Boulevard
Mississauga ON L4W2T7
Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,860.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Illicit Elixirs, LLC Case number (if known)
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.11 | Ciceron, Inc.<br>2412 Valentine Ave<br>St. Paul, MN 55108<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $60,774.11 |
| 3.12 | Circle City Sonorans LLC dba Circle<br>1050 E Washington St.<br>Indianapolis, IN 46202<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $350.00 |
| 3.13 | Clarks Family Enterprises LLC<br>848 North Rainbow Boulevard #9057<br>Las Vegas, NV 89107<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |
| 3.14 | CMC<br>6550 Carothers Pkwy, Ste 210<br>Franklin, TN 37067<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $3,541.66 |
| 3.15 | Colorado Computers<br>10316 Baneberry Pl<br>Highlands Ranch, CO 80129<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $120.00 |
| 3.16 | Complete Call Solutions<br>5332 S. 138th St. #305<br>Omaha, NE 68137<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $12,879.52 |
| 3.17 | Conspiracy Theory<br>200 Continental Drive, Ste 401<br>Newark, DE 19713<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $100,909.10 |

Debtor Illicit Elixirs, LLC Case number (if known)
Name

3.18 **Nonpriority creditor's name and mailing address**
Creative Planning
PO Box 950459
St. Louis, MO 63159-0459
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Custom Cleaning Services, Inc.
4323 W. 127th Street
Savage, MN 55378
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,950.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Daybreak Agency LLC
6710 Birchwood Bend Ct
Katy, TX 77493
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
DXL 3PL
9915 Lacy Knot Dr
Brownsburg, IN 46112
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,763.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
FDM Business Development Inc
PO Box 744899
Atlanta, GA 30374
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Full Court Press Advisors
4244 Quentin Ave
Minneapolis, MN 55416
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Greenberg Traurig
1144 15th Street
Suite 3300
Denver, CO 80202
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,032.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Illicit Elixirs, LLC
Name
Case number (if known)

3.25 **Nonpriority creditor's name and mailing address**
Ian Langohr
1035 Rue Bellechasse #306
Montreal, QC, H2S 1Y4
Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $427.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
Indigo Signs
1622 Main Avenue
Fargo, ND 58103-1532
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,107.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
Industry Collective
1000 Crawford Place Suite 260
Mt. Laurel, NJ 08054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
James Wood
210 Pahi Place
Kihei, HI 96753
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
KeHE Distributors LLC
1245 E Diehl Road, Suite 200
Naperville, IL 60563
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,276.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
Kyles Family Foundation
360 Business Management
21800 Oxnard Street, Ste #940
Woodland Hills, CA 91367
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
L.A. Libations LLC
715-B N. Douglas St.
El Segundo, CA 90245
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $70,758.13
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Illicit Elixirs, LLC Case number (if known)
Name

3.32 **Nonpriority creditor's name and mailing address**
Lakeshore Beverage
600 W. Chicago Ave Ste 125
Chicago, IL 60654
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $47.19
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
MillRock Packaging (Keystone Paperbox)
Steve Toussaint
31 Edwin Road
South Windsor, CT 06074
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,207.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Mission Field, LLC
c/o Gurstel Law Firm PC
6681 Country Club Drive
Golden Valley, MN 55427
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,708.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Misty Mountain Gaming LLC
1501 9th Street
Leeds, AL 35094
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $36,135.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Momentum3, LLC
5314 S Yale Avenue Suite 401
Tulsa, OK 74135
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Mondo Robot Inc
200 Continental Dr
Suite 401
Newark, DE 19713
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,051.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
Pillow Fort Media
6386 Minnesota Lane North
Maple Grove, MN 55311
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Illicit Elixirs, LLC
Name
Case number (if known)

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>RJW Group<br>W12 - 1001 Bluff Rd<br>Romeoville, IL 60446<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $45.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>RJW Warehouse<br>PO Box 85204<br>Lockbox 235204<br>Chicago, IL 60654<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $368.80 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Santa Cruz Beverages Inc<br>1908 SKywood St<br>Brea, CA 92821<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $1,250.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Spins LLC<br>222 West Hubbard St. #400<br>Chicago, IL 60654<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $3,150.01 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>SPS Commerce, Inc.<br>PO Box 205782<br>Dallas, TX 75320-5782<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $2,735.86 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Sweet & Salty, Inc.<br>c/o Creative Artists Agency<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $116,000.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>T3 Expo<br>8 Lakeville Business Park<br>Lakeville, MA 02347<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $483.80 |

Debtor Illicit Elixirs, LLC — Case number (if known)
Name

**3.46 Nonpriority creditor's name and mailing address**
TCB Global
8385 Eastgate Rd Ste 110
Henderson, NV 89015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,395.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
Tenace Incubation Distribution
970 E Orangethorpe Ave. #F
Anaheim, CA 92801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,266.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.48 Nonpriority creditor's name and mailing address**
The Booster Club
140 Old Country Rd #323
Mineola, NY 11501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.49 Nonpriority creditor's name and mailing address**
Tributary Design Studio
1120 SE Madison St
Portland, OR 97214
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.50 Nonpriority creditor's name and mailing address**
Vibrance Marketing LLC
3921 Ashford St
White Lake, MI 48383
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,170.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.51 Nonpriority creditor's name and mailing address**
Vistaprint
PO BOX 830279
Philadelphia, PA 19182-0279
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $99.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.52 Nonpriority creditor's name and mailing address**
VT Info. Processing
402 Watertower Circle
Colchester, VT 05446
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,578.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Illicit Elixirs, LLC Case number (if known)
Name

**3.53** **Nonpriority creditor's name and mailing address**
Walmart
Enterprise Business Services
702 SW 8th Street
Bentonville, AR 72716
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,193.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Webb & Gerritsen Inc
16705 W Lincoln Ave
New Berlin, WI 53151
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,948.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | RJW Group<br>489 W Taylor Road<br>Romeoville, IL 60446 | Line 3.39<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 874,637.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 874,637.01 |

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Inventory storage agreement | DXL 3PL<br>9915 Lacy Knot Dr<br>Brownsburg, IN 46112 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Inventory storage agreement | TCB Global<br>8385 Eastgate Rd Ste 110<br>Henderson, NV 89015 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name Illicit Elixirs, LLC

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) 

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other | $90,000.00 |
| For prior year: From 1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other | $285,754.00 |
| For year before that: From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $382,517.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Debtor Illicit Elixirs, LLC Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Bottomline CFO Services, LLC<br>14740 51st Ave N<br>Plymouth, MN 55446 | Within the last 90 days | $43,584.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Josh Erlich<br>701 33rd Street<br>Manhattan Beach, CA 90266<br>CEO | Within the last year | $65,762.35 | Business expense reimbursements. Used Amex to pay vendors and then later reimbursed. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| IN United Collection Bureau Inc. | Bank levy of funds in JP Morgan Chase Bank account (#5765) | May 13, 2026 | $1,496.27 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Mission Field LLC v Illicit Elixirs LLC<br>74-CV-24-1669 | Foreign Judgment | Steele County District Court<br>111 E Main Street<br>Owatonna, MN 55060 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron P.A.<br>60 S 6th Street Suite 1500<br>Minneapolis, MN 55402 | | May and June 2026 | $15,000.00 |

**Email or website address**
www.fredlaw.com

**Who made the payment, if not debtor?**
Directors of the Company John Birrer, Brian Brueckmann, Andrew Redleaf, Josh Erlich, & James C. Wood

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor

within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4170 Vinewood Lane N #111-571<br>Minneapolis, MN 55422 | Within the last 3 years |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor Illicit Elixirs, LLC Case number *(if known)*

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Bottom Line Accounting Services<br>Kris Dierkhising<br>2939 Aspenn Lake Drive NE<br>Blaine, MN 55449-7508 | Within the last 2 years |
| 26a.2. | Myslajek Kemp & Spencer, Ltd.<br>1000 Shelard Parkway 6th Floor<br>St. Louis Park, MN 55426 | Within the last 2 years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Bottom Line Accounting Services<br>Kris Dierkhising<br>2939 Aspenn Lake Drive NE<br>Blaine, MN 55449-7508 | Business no longer operating and difficulty getting information from former staff on how to access the accounting system. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | John Erlich | 5/21/2026 | |

**Name and address of the person who has possession of inventory records**

Illicit Elixirs, LLC
12903 Pioneer Trail
Eden Prairie, MN 55347

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Birrer | 1215 WARREN AVE N<br>Seattle, WA 98109 | Director | 1.7% |
| Brian Brueckmann | 91 Goats Creek Lane<br>Cle Elum, WA 98922 | Director | 5.9% |
| Josh Erlich | 701 33rd Street<br>Manhattan Beach, CA 90266 | Director and Chief Executive Officer | 3.6% |
| Andrew Redleaf | 3033 Excelsior Blvd Suite 343<br>Minneapolis, MN 55416 | Director | 65.6% |
| James C. Wood | 210 Pahi Place<br>Kihei, HI 96753 | Director | 6.8% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor Illicit Elixirs, LLC Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026

/s/ James Wood
Signature of individual signing on behalf of the debtor

James Wood
Printed name

Position or relationship to debtor Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re Illicit Elixirs, LLC — Debtor(s)

Case No.

Chapter 7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept ............................ | $ | 14,662.00 |
| Prior to the filing of this statement I have received ............. | $ | 14,662.00 |
| Balance Due ........................................................................... | $ | 0.00 |

2. The source of the compensation paid to me was:
   ■ Debtor  ☐ Other (specify)

3. The source of the compensation to be paid to me is:
   ■ Debtor  ☐ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5. In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.. Representation of the debtor in contested bankruptcy matters; and

e.. Other services reasonably necessary to represent the debtor(s).

6. Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: July 23, 2026

Signature of Attorney
/s/ Ryan T. Murphy
Ryan T. Murphy 311972

# United States Bankruptcy Court
## District of Minnesota

In re Illicit Elixirs, LLC Case No.
Debtor(s) Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: July 23, 2026

/s/ James Wood
James Wood/Director
Signer/Title

5X5 MARKETING
421 VIA ALMAR
PALOS VERDES ESTATES CA 90274

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

ANDREW REDLEAF
3033 EXCELSIOR BLVD SUITE 343
MINNEAPOLIS MN 55416

ANGELA PALERMO
6227 WILKINSON AVE
NORTH HOLLYWOOD CA 91606

ARCON SOLUTIONS
1284 CORPORATE CENTER DR #175
EAGAN MN 55121

ATKINSON MARKETING LLC
5724 MOUNT SANITAS AVE
LONGMONT CO 80503

BOTTOMLINE CFO SERVICES, LLC
14740 51ST AVE N
PLYMOUTH MN 55446

BREAKTHRU BEVERAGE NEVADA BEER, LLC
PO BOX 13166
BALTIMORE MD 21203

BRIAN BRUECKMANN
91 GOATS CREEK LANE
CLE ELUM WA 98922

CENTRAL GRAPHICS & CONTAINER GROUP LTD.
5526 TIMBERLEA BOULEVARD
MISSISSAUGA ON L4W2T7
CANADA

CICERON, INC.
2412 VALENTINE AVE
ST. PAUL MN 55108

CIRCLE CITY SONORANS LLC DBA CIRCLE
1050 E WASHINGTON ST.
INDIANAPOLIS IN 46202

CLARKS FAMILY ENTERPRISES LLC
848 NORTH RAINBOW BOULEVARD #9057
LAS VEGAS NV 89107

CMC
6550 CAROTHERS PKWY, STE 210
FRANKLIN TN 37067

COLORADO COMPUTERS
10316 BANEBERRY PL
HIGHLANDS RANCH CO 80129

COMPLETE CALL SOLUTIONS
5332 S. 138TH ST. #305
OMAHA NE 68137

CONSPIRACY THEORY
200 CONTINENTAL DRIVE, STE 401
NEWARK DE 19713

CREATIVE PLANNING
PO BOX 950459
ST. LOUIS MO 63159-0459

CUSTOM CLEANING SERVICES, INC.
4323 W. 127TH STREET
SAVAGE MN 55378

DAYBREAK AGENCY LLC
6710 BIRCHWOOD BEND CT
KATY TX 77493

DXL 3PL
9915 LACY KNOT DR
BROWNSBURG IN 46112

FDM BUSINESS DEVELOPMENT INC
PO BOX 744899
ATLANTA GA 30374

FRANCHISE TAX BOARD
BUSINESS BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

FULL COURT PRESS ADVISORS
4244 QUENTIN AVE
MINNEAPOLIS MN 55416

GREENBERG TRAURIG
1144 15TH STREET
SUITE 3300
DENVER CO 80202

IAN LANGOHR
1035 RUE BELLECHASSE #306
MONTREAL, QC, H2S 1Y4
CANADA

INDIANA DEPARTMENT OF REVENUE
PO BOX 6197
INDIANAPOLIS IN 46206-6197

INDIGO SIGNS
1622 MAIN AVENUE
FARGO ND 58103-1532

INDUSTRY COLLECTIVE
1000 CRAWFORD PLACE SUITE 260
MT. LAUREL NJ 08054

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES WOOD
210 PAHI PLACE
KIHEI HI 96753

KEHE DISTRIBUTORS LLC
1245 E DIEHL ROAD, SUITE 200
NAPERVILLE IL 60563

KYLES FAMILY FOUNDATION
360 BUSINESS MANAGEMENT
21800 OXNARD STREET, STE #940
WOODLAND HILLS CA 91367

L.A. LIBATIONS LLC
715-B N. DOUGLAS ST.
EL SEGUNDO CA 90245

LAKESHORE BEVERAGE
600 W. CHICAGO AVE STE 125
CHICAGO IL 60654

MILLROCK PACKAGING (KEYSTONE PAPERBOX)
STEVE TOUSSAINT
31 EDWIN ROAD
SOUTH WINDSOR CT 06074

MISSION FIELD, LLC
C/O GURSTEL LAW FIRM PC
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427

MISTY MOUNTAIN GAMING LLC
1501 9TH STREET
LEEDS AL 35094

MN DEPARTMENT OF REVENUE
COLLECTION DIVISION
PO BOX 64564
ST. PAUL MN 55164-0564

MOMENTUM3, LLC
5314 S YALE AVENUE SUITE 401
TULSA OK 74135

MONDO ROBOT INC
200 CONTINENTAL DR
SUITE 401
NEWARK DE 19713

PILLOW FORT MEDIA
6386 MINNESOTA LANE NORTH
MAPLE GROVE MN 55311

RJW GROUP
W12 - 1001 BLUFF RD
ROMEOVILLE IL 60446

RJW GROUP
489 W TAYLOR ROAD
ROMEOVILLE IL 60446

RJW WAREHOUSE
PO BOX 85204
LOCKBOX 235204
CHICAGO IL 60654

SANTA CRUZ BEVERAGES INC
1908 SKYWOOD ST
BREA CA 92821

SPINS LLC
222 WEST HUBBARD ST. #400
CHICAGO IL 60654

SPS COMMERCE, INC.
PO BOX 205782
DALLAS TX 75320-5782

SWEET & SALTY, INC.
C/O CREATIVE ARTISTS AGENCY
2000 AVENUE OF THE STARS
LOS ANGELES CA 90067

T3 EXPO
8 LAKEVILLE BUSINESS PARK
LAKEVILLE MA 02347

TCB GLOBAL
8385 EASTGATE RD STE 110
HENDERSON NV 89015

TENACE INCUBATION DISTRIBUTION
970 E ORANGETHORPE AVE. #F
ANAHEIM CA 92801

THE BOOSTER CLUB
140 OLD COUNTRY RD #323
MINEOLA NY 11501

TRIBUTARY DESIGN STUDIO
1120 SE MADISON ST
PORTLAND OR 97214

VIBRANCE MARKETING LLC
3921 ASHFORD ST
WHITE LAKE MI 48383

VISTAPRINT
PO BOX 830279
PHILADELPHIA PA 19182-0279

VT INFO. PROCESSING
402 WATERTOWER CIRCLE
COLCHESTER VT 05446

WALMART
ENTERPRISE BUSINESS SERVICES
702 SW 8TH STREET
BENTONVILLE AR 72716

WEBB & GERRITSEN INC
16705 W LINCOLN AVE
NEW BERLIN WI 53151