# United States Bankruptcy Court
## District of Minnesota

In re Illicit Elixirs, LLC — Debtor(s)

Case No.
Chapter 7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Illicit Elixirs, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 23, 2026
Date

/s/ Ryan T. Murphy
Ryan T. Murphy 311972
Signature of Attorney or Litigant
Counsel for Illicit Elixirs, LLC

Fredrikson & Byron, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077